# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                          **Case No.  8:06-cv-2074-T-30TBM**

**MARC E. EISEMAN,**
**d/b/a MARC'S CLEANERS,**

      **Defendant.**

_____/

## DEFAULT JUDGMENT

Before the Court is Plaintiff's Request for Entry of Default Judgment (Dkt. 15).  After carefully considering the Motion together with the Court file, the Court is of the opinion that the Motion should be granted.

      **ACCORDINGLY,** it is **ORDERED AND ADJUDGED** as follows:

1.      The Plaintiff's Request for Default Judgment (Dkt. 15) is GRANTED.

2.      The Clerk shall enter a Judgment against Defendant Marc E. Eiseman in the amount of **$157,556.17**, plus post-judgment interest thereon at the statutory rate.

3.      All pending motions are denied as moot.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 27, 2007.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-2074.frm